# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR201-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| RICHARD DANIEL CROWDER ) | |

**THIS MATTER** is before the Court on a letter from the Defendant, which the Court orders to be filed of record.

For the reasons stated in the Defendant's letter,

**IT IS, THEREFORE, ORDERED** that a status of counsel hearing before the undersigned is hereby scheduled for **FRIDAY, APRIL 7, 2006, AT 10:00 AM,** in the Third Floor Courtroom of the U.S. District Court in Asheville, North Carolina.

**IT IS FURTHER ORDERED** that the United States Marshal shall effect personal service of this Order on the Defendant's attorney, Albert M. Neal, Jr., shall file proof of such service, and shall make the appropriate

transportation arrangements to have the Defendant present for this hearing.

Signed: March 31, 2006

Lacy H. Thornburg
United States District Judge