**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO. 1:05CR201-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **RICHARD DANIEL CROWDER** | ) | |
| | ) | |

**THIS MATTER** came on for hearing before the undersigned on April 7, 2006, for a status of counsel hearing pursuant to a *pro se* letter written to the Court by the Defendant filed March 31, 2006.

At the hearing, the Court heard from Defendant's counsel, Albert M. Neal, Jr., and the Defendant. The Court also afforded Defendant and his counsel time to discuss privately whether or not their attorney-client relationship should continue.

**IT IS, THEREFORE, ORDERED** that on or before April 17, 2006, the Defendant, Mr. Neal and/or his new retained counsel, shall inform the Court of the status of the presentence report and the plea agreement

entered herein, the status of his counsel, and whether or not a motion to withdraw his guilty plea will be filed.

The Defendant and his counsel have been advised that should a motion to withdraw his guilty plea be allowed by the Court, the government proposes to schedule the case to be called as the first case for trial during the Court's May 1, 2006, criminal term.

Signed: April 7, 2006

Lacy H. Thornburg
United States District Judge