**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:05CR201-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| **RICHARD DANIEL CROWDER** | ) | |

**THIS MATTER** is before the Court *sua sponte* to resolve the issue of the refund of a retainer.

By Order filed April 27, 2006, Defendant's retained attorney, Albert Neal, was ordered to do the following on or before May 2, 2006: (1) file with the Court proof of payment(s) to him of the sum of $2,200 for the retainer by either the Defendant or his family; and (2) file with the Court an itemized statement showing the services rendered to the Defendant, the dates on which such services were rendered, the hourly rate charged by him for each of the services rendered, and a copy of the executed retainer agreement. The Order was served on Mr. Neal by certified mail, return

receipt requested and the return receipt shows that he received a copy of the Order. Mr. Neal has not complied with the Court's Order.

As a result of Mr. Neal's failure to comply with the Court's directive, which was also repeated to him at the conclusion of the hearing conducted on April 25, 2006, the Court will order him to refund the retainer.

**IT IS, THEREFORE, ORDERED** that on or before June 15, 2006, Albert Neal, shall refund the retainer of $2,200 paid by the Defendant by submitting a certified check or money order made payable to the Clerk, United States District Court for the Western District of North Carolina.

**IT IS FURTHER ORDERED** that upon receipt of this retainer from Mr. Neal, the Clerk shall disburse these funds to the Defendant or to a designated family member forthwith.

**IT IS FURTHER ORDERED** that personal service of this Order on Mr. Neal shall be effected by the United States Marshal, who shall file proof of such service in the record.

3

Signed: May 4, 2006

Lacy H. Thornburg
United States District Judge