**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:05CR201-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| **RICHARD DANIEL CROWDER** | ) | |

**THIS MATTER** is before the Court on Defendant's response to attorney Albert Neal's response to this Court's Order of April 27, 2006, and the addendum to the Defendant's response.

The Court finds that the Defendant's previous attorney (Mr. Neal) has been discharged from this action, that Defendant requested and was found eligible for court appointed counsel by the Magistrate Judge, such counsel has now been appointed, and this case has been scheduled for sentencing. Therefore, the Court finds the issues raised by the Defendant in his objections and the addendum thereto are now moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's objections and addendum filed May 26, 2006, are **DENIED** as moot.

2

Signed: June 15, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge