Date: 5/23/2014

To: The Honorable Martin Reidinger
U.S. District Court Judge

From: Eric G. Simpson
Supervising U.S. Probation Officer

Subject: Richard Daniel Crowder
1:05CR201-1
Request for International Travel

---

Richard Daniel Crowder was sentenced on August 30, 2006 by the Honorable Lacy H. Thornburg, U.S. District Court Judge, to 97 months imprisonment followed by three years supervised release. This sentence followed the offender's conviction of Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Mr. Crowder currently resides in Queens, NY and is being supervised by the Eastern District of New York (EDNY). The EDNY reports that Mr. Crowder is employed as a car salesman and has remained compliant with the conditions of supervision. The EDNY also reports that due to Mr. Crowder's positive adjustment to supervision, he was transferred to their Low Intensity Unit in May 2013. The EDNY further reports that all urinalyses have returned negative results. Mr. Crowder's supervision period is scheduled to expire on August 4, 2014.

Mr. Crowder is requesting authorization to travel to the Dominican Republic for a wedding from June 20, 2014 through June 22, 2014. Additionally, Mr. Crowder is also requesting to travel to Aruba for vacation from July 18, 2014 through July 25, 2014.

Thank you for your attention to this matter and should Your Honor have any questions, please contact my office at 828-771-7343.

---

THE COURT ORDERS:

☒ Travel Approved
☐ Travel Not Approved
☐ Other

Date: May 23, 2014

Martin Reidinger
United States District Judge